**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERCA,<br><br>      Plaintiff,<br><br>  v.<br><br>AMARI SAMS,<br><br>      Defendant. | CIVIL ACTION NO. 4:19-cr-15 |

**O R D E R**

The judgment in the above-styled action having been affirmed by the United States Court of Appeal for the Eleventh Circuit;

IT IS HEREBY ORDERED that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

**SO ORDERED**, this 21st day of May, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA