IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| AMARI SAMS, | |
| Petitioner, | CIVIL ACTION NO.: 4:22-cv-68 |
| v. | (Formerly Case No. 4:19-cr-15) |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's May 4, 2022, Report and Recommendation, (doc. 2), to which Petitioner has filed an objection, (doc. 3). The Magistrate Judge recommended that Sams' Motion be denied as untimely and that Sams' asserted basis for equitable tolling of the limitations period be rejected. (Doc. 2.) Sams' Objection reiterates that his filing of the instant motion was delayed by COVID-19 and security related restrictions at his former prison and his transfer from one prison to another. (Doc. 3, pp. 1-2.) However, he identifies no defect in the Magistrate Judge's rejection of those same alleged circumstances as a basis for equitable tolling. (Doc. 2, pp. 5-6 (citing, *inter alia.*, Gordon v. United States, 2021 WL 163629 (S.D. Ga. Jan. 18, 2022); Paulcin v. McDonough, 259 F. App'x 211, 213 (11th Cir. 2007)). The circumstances he alleges as the basis for his failure to timely submit his § 2255 motion are not "extraordinary circumstances" warranting equitable tolling. As the Magistrate Judge concluded, therefore, his Motion is untimely. Sams' Objections are **OVERRULED**, (doc. 3), and the Court **ADOPTS** the Report and Recommendation as its

opinion, (doc. 2.).  For the reasons discussed by the Magistrate Judge, Sams' 28 U.S.C. § 2255 motion, (doc. 1), is **DENIED**.

There are no discernable issues worthy of a certificate of appeal.  Therefore, the Court **DENIES** the issuance of a Certificate of Appealability.  Sams is advised that he "may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22."  Rule 11(a), Rules Governing Section 2255 Cases in the United States District Courts.  Furthermore, as there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith.  Thus, the Court likewise **DENIES** Sams *in forma pauperis* status on appeal.  The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

**SO ORDERED**, this 2nd day of November, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA